UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

In re: §
§
LEAKS, ALIVIA LORRAINE § Case No. 14-19965 MER
§
Debtor §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 07/22/2014 . The undersigned trustee was appointed on 07/22/2014 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of      $    1,015.15

    Funds were disbursed in the following amounts:

    | | |
    |---|---|
    | Payments made under an interim disbursement | 0.00 |
    | Administrative expenses | 0.00 |
    | Bank service fees | 20.00 |
    | Other payments to creditors | 0.00 |
    | Non-estate funds paid to 3rd Parties | 0.00 |
    | Exemptions paid to the debtor | 0.00 |
    | Other payments to the debtor | 0.00 |

    Leaving a balance on hand of[1]    $    995.15

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6.  The deadline for filing non-governmental claims in this case was  09/21/2015  and the deadline for filing governmental claims was  01/18/2015 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7.  The Trustee's proposed distribution is attached as **Exhibit D**.

     8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 253.79 .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 253.79 , for a total compensation of $ 253.79 [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 61.12 , for total expenses of $ 61.12 [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:  10/14/2016                              By: /s/DENNIS W. KING, Trustee
                                                                       Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

Form 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit A

| Case No: | 14-19965 MER | Judge: MICHAEL E. ROMERO | Trustee Name: | DENNIS W. KING, Trustee |
|---|---|---|---|---|
| Case Name: | LEAKS, ALIVIA LORRAINE | | Date Filed (f) or Converted (c): | 07/22/14 (f) |
| | | | 341(a) Meeting Date: | 08/18/14 |
| For Period Ending: | 10/14/16 | | Claims Bar Date: | 09/21/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. CASH ON HAND-Schedule B #1 (u) | 0.00 | 125.00 | | 0.00 | FA |
| Pro-se Debtor has been uncooperative. Further collection efforts are not likely to provide further recovery of funds, and the cost and delay is not justified. | | | | | |
| 2. BANK & FINANCIAL ACCOUNTS-Sched B2 (u) | 0.00 | 9.29 | | 0.00 | FA |
| Ace Card. Pro-se Debtor has been uncooperative. Further collection efforts are not likely to provide further recovery of funds, and the cost and delay is not justified. | | | | | |
| 3. WEARING APPAREL-Schedule B #6 | 200.00 | 0.00 | | 0.00 | FA |
| 4. AUTOMOBILES/OTHER VEHICLES-Schedule | 3,000.00 | 0.00 | | 0.00 | FA |
| 2002 Ford Explorer | | | | | |
| 5. WAGES (u) | 0.00 | 129.49 | | 0.00 | FA |
| Pro-se Debtor has been uncooperative. Further collection efforts are not likely to provide further recovery of funds, and the cost and delay is not justified. | | | | | |
| 6. PREFERENCE/FRAUDULENT TRANSFER (u) | 0.00 | 1,015.15 | | 1,015.15 | FA |
| Garnishmenrt preference recovery from Liberty Acquisitions, aka Jefferson Capital System, LLC. [undisclosed]. | | | | | |
| 7. TAX REFUNDS - 2014 Fed (u) | 0.00 | 241.92 | | 0.00 | FA |
| 56% of 2014 federal income tax refunds of $3,669 less $2,674 EIC less $563 ACTC or $432.00; confirmed with IRS again on 9-24-15 this return has still not been provided to the Trustee. Pro-se Debtor has been uncooperative. Further collection efforts are not likely to provide further recovery of funds, and the cost and delay is not justified. | | | | | |
| 8. TAX REFUNDS - 2014 State (u) | 0.00 | 10.00 | | 0.00 | FA |
| 56% of 2014 state income tax refunds. - confirmed wioth CDR on 8-10-15 and then on 9-24-15 that the returns are still not filed. Amount | | | | | |

Case:14-19965-MER   Doc#:30   Filed:10/19/16   Entered:10/19/16 12:48:06   Page4 of 10

Form 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

Exhibit A

| Case No: | 14-19965 | MER | Judge: MICHAEL E. ROMERO | Trustee Name: | DENNIS W. KING, Trustee |
| Case Name: | LEAKS, ALIVIA LORRAINE | | | Date Filed (f) or Converted (c): | 07/22/14 (f) |
| | | | | 341(a) Meeting Date: | 08/18/14 |
| | | | | Claims Bar Date: | 09/21/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| due is still unknown, trustee is guessing the amount. Pro-se Debtor has been uncooperative. Further collection efforts are not likely to provide further recovery of funds, and the cost and delay is not justified. | | | | | |
| TOTALS (Excluding Unknown Values) | $3,200.00 | $1,530.85 | | $1,015.15 | Gross Value of Remaining Assets<br>$0.00<br>(Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 06/06/16     Current Projected Date of Final Report (TFR): 12/15/16

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit B

| Case No: | 14-19965 -MER | Trustee Name: | DENNIS W. KING, Trustee |
| --- | --- | --- | --- |
| Case Name: | LEAKS, ALIVIA LORRAINE | Bank Name: | FIRST NATIONAL BANK OF VINITA |
| | | Account Number / CD #: | *******9426  CHECKING ACCOUNT |
| Taxpayer ID No : | *******3496 | | |
| For Period Ending: | 10/14/16 | Blanket Bond (per case limit): | $ 58,776,861.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/16/15 | 6 | Jefferson Capital Systems, LLC | Preference recovery | 1241-000 | 1,015.15 | | 1,015.15 |
| 08/07/15 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 10.00 | 1,005.15 |
| 09/08/15 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 10.00 | 995.15 |

| Account *******9426 | | Balance Forward | 0.00 | | | |
| --- | --- | --- | --- | --- | --- | --- |
| 1 | Deposits | 1,015.15 | 0 | Checks | 0.00 |
| 0 | Interest Postings | 0.00 | 2 | Adjustments Out | 20.00 |
| | | | 0 | Transfers Out | 0.00 |
| | Subtotal | $ | 1,015.15 | | | |
| | | | | | Total | $ | 20.00 |
| 0 | Adjustments In | 0.00 | | | |
| 0 | Transfers In | 0.00 | | | |
| | Total | $ | 1,015.15 | | | |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

Exhibit B

| Case No: | 14-19965 -MER | | Trustee Name: | DENNIS W. KING, Trustee |
|---|---|---|---|---|
| Case Name: | LEAKS, ALIVIA LORRAINE | | Bank Name: | FIRST NATIONAL BANK OF VINITA |
| | | | Account Number / CD #: | *******9426  CHECKING ACCOUNT |
| Taxpayer ID No: | *******3496 | | | |
| For Period Ending: | 10/14/16 | | Blanket Bond (per case limit): | $ 58,776,861.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: October 14, 2016 |
|---|---|---|---|---|---|---|
| Case Number: | 14-19965 | Claim Class Sequence | | | | |
| Debtor Name: | LEAKS, ALIVIA LORRAINE | | | | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000001<br>070<br>7100-00 | American InfoSource LP as agent for<br>DIRECTV, LLC<br>PO Box 51178<br>Los Angeles, CA 90051-5478 | Unsecured<br># 4345 | | $0.00 | $927.18 | $927.18 |
| | Case Totals: | | | $0.00 | $927.18 | $927.18 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

CREGIS2   UST Form 101-7-TFR (5/1/2011) *(Page: 7)*                                                Printed: 10/14/16 01:27 PM   Ver: 19.06a

TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 14-19965 MER
Case Name: LEAKS, ALIVIA LORRAINE
Trustee Name: DENNIS W. KING, Trustee

| | Balance on hand | $ | 995.15 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: DENNIS W. KING, Trustee | $ 253.79 | $ 0.00 | $ 253.79 |
| Trustee Expenses: DENNIS W. KING, Trustee | $ 61.12 | $ 0.00 | $ 61.12 |

| Total to be paid for chapter 7 administrative expenses | $ 314.91 |
| Remaining Balance | $ 680.24 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

UST Form 101-7-TFR (5/1/2011) *(Page: 8)*

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 927.18 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 73.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | American InfoSource LP as agent for | $ 927.18 | $ 0.00 | $ 680.24 |
| | Total to be paid to timely general unsecured creditors | | | $ 680.24 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE